## MEMORANDUM DECISIONS

In re ACTIVE WET WASH LAUNDRY CO., Inc., Bankrupt. Troy Laundry Machinery Co., Inc., Appellant. Edmund Wright, Trustee in Bankruptcy of Active Wet Wash Laundry Co., Inc., Appellee.

No. 71.

Circuit Court of Appeals, Second Circuit.
Nov. 5, 1934.

Dills, Muecke & Schelker, of New York City, for appellant.

Max E. Sanders, of New York City (David L. Shandalow, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Order (8 F. Supp. 966) affirmed.

Armando ALFONSO, Appellant, v. UNITED STATES of America, Appellee.

No. 7538.

Circuit Court of Appeals, Fifth Circuit
Dec. 21, 1934.

In forma pauperis.

Aquilino Lopez, Jr., of Key West, Fla., for appellant.

John W. Holland, U. S. Atty., of Jacksonville, Fla., and W. Sanders Gramling, Asst. U. S. Atty.; of Miami, Fla.

Before BRYAN, FOSTER, and WALKER, Circuit Judges.

PER CURIAM.
The judgment is affirmed.

AUBURN–ASHEVILLE COMPANY, a Corporation, Appellant, v. D. A. RENDLEMAN, as Receiver of the American National Bank of Asheville, N. C., Appellee.

No. 3705.

Circuit Court of Appeals, Fourth Circuit.
June 25, 1934.

Bourne, Parker, Bernard & DuBose, of Asheville, N. C., for appellant.

Harkins, Van Winkle & Walton, of Asheville, N. C., for appellee.

PER CURIAM.
Cause docketed and dismissed on motion of appellee.